ORDERED.

**Dated: May 26, 2023**

Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 3:23–bk–00646–JAB
                                                    Chapter 13

Tequilla Michelle Sheppard
aka Tequilla M Sheppard
aka Tequilla Sheppard


_____Debtor*_____/

ORDER ESTABLISHING PROCEDURES FOR
VIDEO APPEARANCES AT PRELIMINARY HEARINGS

This order establishes procedures for a video hearing in this case subject to the requirements set forth in the Procedures Governing Court Appearances before Judges Brown, Burgess, and Funk.

Accordingly, it is

**ORDERED:**

1. The Court will permit parties and attorneys to attend the hearing scheduled for June 6, 2023 at 09:30 AM (the "Hearing"), via ZOOM. Parties who wish to attend the hearing via Zoom must register at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.

2. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digitial recording system. The process for requesting an official transcript has not changed.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.