

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/06/2023 09:30 AM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:23-bk-00646-JAB | 13 | 03/27/2023 |

Chapter 13

**DEBTOR:** Tequilla Sheppard

**DEBTOR ATTY:** Brooks Siegel

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing
-First Amended Chapter 13 Plan Filed by Brooks Richard Siegel on behalf of Debtor Tequilla Michelle Sheppard Doc 38
-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Mercedes-Benz Financial Services USA LLC Doc 20
-Objection to Confirmation of Plan Filed by Trustee Douglas W Neway (Freeman, John) Doc 32

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C RESCHEDULED TO AUGUST 29, 2023 @ 9:30 A.M. AOCNFN
Confirmation Hearing

-First Amended Chapter 13 Plan Filed by Brooks Richard Siegel on behalf of Debtor Tequilla Michelle Sheppard Doc 38

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Mercedes-Benz Financial Services USA LLC Doc 20

-Objection to Confirmation of Plan Filed by Trustee Douglas W Neway (Freeman, John) Doc 32
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.